UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

-----------------------------x

CORLOGIX CORP., et al.,               :

    Plaintiffs,                      :

                           :

v.                                    :    Civil No. 3:00CV01357(AWT)

ASHER LEVITSKY, et al.,               :

    Defendants.                      :

-----------------------------x

2004 JAN 14  P 12: 54

U.S. DISTRICT COURT
HARTFORD. CT.

## REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ A ruling on the following motions, which are currently pending:_____ (orefm.)

__X__ A settlement conference (orefmisc./cnf)

_____ Other:_____(orefmisc./misc)

    It is so ordered.

    Dated this `14th` day of __January__, 2004, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge