UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORLOGIX CORPORATION, ET AL., <br>     Plaintiffs, | : <br> : |
| v. | :   CASE NO. 3:00CV1357(AWT) |
| ASHER S. LEVITSKY, ET AL., <br>     Defendants. | : <br> : |

FILED
2004 MAR -9 P 3: 31
U.S. DISTRICT COURT
HARTFORD, CT.

### ORDER REGARDING SETTLEMENT CONFERENCE

On January 14, 2004, Judge Alvin W. Thompson referred this case to the undersigned for the purpose of conducting a settlement conference. On February 27, 2004, the undersigned issued an Order for Joint Mediation Report.

In response, the parties submitted information to the court which made it apparent to the court that a settlement conference at this time is unlikely to be productive. Therefore, the court will not schedule a settlement conference at this time. If at anytime in the future, the parties agree that a settlement conference is likely to be productive, they may submit a request for such a conference either to the chambers of the presiding district judge or to the chambers of the undersigned.

SO ORDERED this 9th day of March, 2004 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE