# martindale.com Lawyer Locator

Careers | Terms of Use | Services | Products | Contact Us | About Us | Site Info | Home | Quick

## Search the Lawyer Locator

**Lawyer Locator**
Search Lawyer Locator
- By Lawyer
  - By Location/Area of Practice
  - By Industry/Practice Groups
  - By Firm
  - By Corporate Law Departments
  - By US Government
  - By US Law Faculty
- Join the Legal Network
- Request a Listing
- About Lawyer Locator

**Legal Articles**
**Dispute Resolution**
**Experts and Services**
**Legal Personnel**
**Legal Careers**
**Professional Resources**
**Customer Service**



LexisNexis Martindale-Hubbell®

FEEDBACK

Add the Lawyer Locator and Article Search to your web site
LexisNexis Martindale-Hubbell

More resources...
- lawyers.com
- Practice Development Center
- Counsel to Counsel Forums
- corporate.martindale.com
- eAttorney
- LexisNexis™
- LawCommerce.com℠
- LawyerLocator.Co.Uk
- Anwalt24.de
- martindale.co.il

New Search

**Esanu Katsky Korins & Siger, LLP**
605 Third Avenue
16th Floor
New York, New York 10158
(New York Co.)
Telephone: 212-953-6000
Fax: 212-953-6899
Email: Contact Us
Web Site: http://www.ekks.com

(Main Office)

| Firm Credentials |
|---|
| **Statement of Practice:** General Practice. Corporate, Securities, Litigation, Products Liability, Real Estate, Leasing, Secured Financing, Bankruptcy and Creditors' Rights, Taxation, Matrimonial, Probate, Estate Planning and Trusts. |
| **Year Established:** 1975 |
| **Firm Profile:** Esanu Katsky Korins & Siger, LLP is a full-service New York law firm with more than thirty lawyers and a sophisticated practice covering litigation, corporate, tax, real estate, financing, bankruptcy and creditors' rights, trusts and estates, and matrimonial and family law. Our clients include major banks and institutions, a wide range of smaller public and private companies, business owners and high net worth individuals, and international clients who are active in the United States and abroad. |
| **Firm Size:** 33 |
| **MEMBERS OF FIRM** |
| **Robert A. Abrams,** (Member) born New York, N.Y., February 7, 1967; admitted to bar, 1992, New York and U.S. District Court, Southern and Eastern District of New York; New Jersey and U.S. District Court, District of New Jersey. **Education:** New York University (B.S., 1989); University of Bridgeport School of Law (J.D., 1992). **Practice Areas:** Debtor and Creditors' Rights; Bankruptcy Law; Secured Transactions; Bankruptcy Litigation; Commercial Litigation. Send an Email |
| **Randolph Amengual,** (Member) born New York, N.Y., February 21, 1949; admitted to bar, 1975, New York, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals, Second Circuit. **Education:** Queens College of the City University of New York (B.A., 1971); Fordham University (J.D., 1974). Managing Editor, Fordham Law Review. Lecturer, New York University Real Estate Institute. |



**Legend**
This attorney or firm has articles published on martindale.com

Member: The Association of the Bar of the City of New York (Member, Real Property Law Committee, 1994-1996). **Practice Areas:** Commercial Real Estate; Property Development and Leasing. Send an Email   Rated AV

**Stephen D. Brodie,** (Member) born New York, N.Y., May 9, 1950; admitted to bar, 1976, New York. **Education:** Yale University (B.A., 1972); New York University (J.D., 1975). **Member:** New York State Bar Association. **Practice Areas:** Secured Lending; Real Estate. Send an Email

**David L. Katsky,** (Member) born Cedarhurst, New York, June 4, 1941; admitted to bar, 1967, New York; U.S. District Court, Southern District of New York; U.S. Court of Appeals, Second and Eleventh Circuits; U.S. Tax Court; U.S. Supreme Court. **Education:** Brown University (A.B., 1963); Boston University (LL.B., 1966). Editor, Boston University Law Review, 1965-1966. Law Clerk to Chief Judge, U.S. District Court, Southern District of New York, 1966-1968. Assistant United States Attorney, Southern District of New York, 1968-1970. Executive Assistant to the Attorney General of New York State, 1970-1971. **Member:** The Association of the Bar of the City of New York. **Practice Areas:** Commercial Litigation. Send an Email   Rated AV

**Adrienne B. Koch,** (Member) born Oyster Bay, New York, May 9, 1965; admitted to bar, 1991, New York; 1992, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals, Third Circuit; 2000, U.S. Court of Appeals, Second Circuit. **Education:** Cornell University (B.A., with distinction, 1987); Harvard University (J.D., cum laude, 1990). Phi Beta Kappa; Phi Kappa Phi; Psi Chi. National Merit Scholar. Director, Harvard Legislative Research Bureau, 1989-1990. General Editor, Harvard Civil Rights-Civil Liberties Law Review, 1989-1990. Law Clerk to Hon. Mary M. Schroeder, U.S. Court of Appeals, Ninth Circuit, 1990-1991. Author: "Mandating Arbitration After Circuit City," New York Law Journal, June 7, 2001 at 1; "The Supreme Court's New Guidelines on Sexual Harassment: Responding to Expanding Definitions and Expectations," The Alert, Federal Bar Association, December, 1998 at 4. Co-Author: "Awarding Attorneys' Fees and Liquidated Damages," New York Law Journal, March 28, 2000 at 1; "Finding What Works: Tips on Making Restrictive Covenants More Likely to be Enforced and Less Likely To Be Violated," The Alert, Federal Bar Association, December, 1998 at 1; "Reconstruction, Deconstruction and Legislative Response: The 1988 Supreme Court Term and the Civil Rights Act of 1990," 25 Harv. C.R.-C.L. L.Rev. 475 (1990). **Member:** The Association of the Bar of the City of New York (Secretary, Council on Judicial Administration, 1992-1993; Member, Committee on Civil Rights, 1995-1998; Member, Committee on State Courts of Superior Jurisdiction, 1998-2001; Member, Committee on Labor and Employment Law, 2001—); American Bar Association (Member, Sections on: Litigation; Labor and Employment Law). **Reported Cases:** In re Fitch, Inc., 330 F.3d 104 (2d Cir. 2003); Quinn v. Thos. H. Lee Co., 61 F.Supp.2d 13 (S.D.N.Y. 1999), aff'd. sub nom. Quinn v. Teti, 234 F.3d 1262 (2d Cir. 2000); McMahon v. Providence Capitol Enterprises, Inc., 236 B.R. 296 (S.D.N.Y. 1999); Speadmark, Inc. v. Federated Dept. Stores, Inc., 176 F.R.D. 116 (S.D.N.Y. 1997); Timoney v. Newmark & Co. Real Estate, Inc., 299 A.D.2d 201, 750 N.Y.S.2d 271 (1st Dept. 2002); Gild v. Fried, 298 A.D.2d 275, 748 N.Y.S.2d 736 (1st Dept. 2002). **Practice Areas:** Commercial Litigation; Employment Litigation. Send an Email   Rated AV

**Eugene V. Kokot,** (Member) born New York, N.Y., May 22, 1949; admitted to bar, 1975, New York. **Education:** Union College (B.A., summa cum laude, 1970); London School of Economics, London, England; Columbia University (J.D., 1974). Phi Beta Kappa. Harlan Fiske Stone Scholar. Author: "Spousal Remainder Trusts The Ultimate Income-Shifting Device?" CCH Financial and Estate Planning and Taxes-The Tax Magazine, 1985; "Living and Dying with QTIP Trusts," Prentice-Hall Successful Estate Planning Ideas and Methods Service, 1984; "Planning For The Income of an Estate,"

J.K. Lasser's Estate Tax Techniques, 1981. Trustee: American-Scandinavian Foundation, 1982—; Scandinavian Seminar, 1981—. Trustee, Secretary: Charles & Lucille King Family Foundation, 1988—; Director, Secretary: Nancy Graves Foundation, 1996—. **Member:** The Association of the Bar of the City of New York (Member, Committee on Trusts, Estates and Surrogates' Courts, 1983-1986); (Member, Committee on Continuing Legal Education, Trusts and Estates Section, 1981-1993). **Practice Areas:** Estate Planning; Trusts and Estates. Send an Email   Rated AV

**Roy M. Korins,** (Managing Partner) born Brooklyn, New York, September 15, 1941; admitted to bar, 1966, New York; 1976, New Jersey. **Education:** Cornell University (B.A., 1962); New York University (LL.B., 1965). Member, Board of Editors, New York University Law Review, 1964-1965. Member, Board of Directors, The Henry Street Settlement, 1999—. **Practice Areas:** Corporate Law; Mergers and Acquisitions; Commercial Law. Send an Email   Rated AV

**Dennis C. Krieger,** (Member) born San Francisco, California, July 2, 1945; admitted to bar, 1970, California; 1971, New York and U.S. District Court, Southern and Eastern Districts of New York. **Education:** University of California, Berkeley (B.A., 1966); University of California, Berkeley, Boalt Hall School of Law (J.D., 1969). **Member:** The Association of the Bar of the City of New York (Member, Committee on Matrimonial Law). **Practice Areas:** Matrimonial. Send an Email   Rated AV

**Thomas M. Lopez,** (Member) born Brooklyn, New York, November 18, 1954; admitted to bar, 1980, New York; 1981, U.S. District Court, Southern and Eastern Districts of New York; 1989, U.S. District Court, Northern District of New York. **Education:** Georgetown University (A.B., magna cum laude, 1976; J.D., 1979). Phi Beta Kappa. **Member:** The Association of the Bar of the City of New York; New York State Bar Association. **Practice Areas:** Commercial Litigation; Employment Law; Products Liability Defense. Send an Email

**Gregory K. Marks,** (Member) born Boston, Massachusetts, May 15, 1947; admitted to bar, 1975, New York. **Education:** Williams College (B.A., magna cum laude with highest honors, 1969); Oxford University (M.A., 1970); Harvard University (J.D., 1974). Phi Beta Kappa. **Member:** The Association of the Bar of the City of New York (Member, Computer Law Committee, 1989-1992; Art Law Committee, 1983-1986); New York State Bar Association (Member, International Law Section, Committee on International Investment). **Practice Areas:** Corporate Law; Securities; International Law; Computer Law. Send an Email

**Steven H. Newman,** (Member) born New York, N.Y., October 27, 1965; admitted to bar, 1990, New Jersey and U.S. District Court of New Jersey; 1991, New York, U.S. District Court, Southern and Eastern Districts of New York. **Education:** Columbia University (B.S., 1987); Brooklyn Law School (J.D., 1990). Recipient, American Jurisprudence Awards for Legal Writing and Wills & Administration. **Practice Areas:** Secured Lending; Creditors' Rights; Chapter 11 Reorganization; Bankruptcy Law; Insolvency. Send an Email   Rated BV

**Jeffrey M. Siger,** (Member) born Pittsburgh, Pennsylvania, June 15, 1944; admitted to bar, 1970, New York; U.S. District Court, Southern, Eastern and Northern Districts of New York; U.S. Court of Appeals, Second Circuit; 1976, U.S. Tax Court. **Education:** Washington & Jefferson College (A.B., 1966); Boston College (J.D., 1969). Order of the Coif. Member, Editorial Staff, Boston College Industrial and Commercial Law Review. **Member:** The Association of the Bar of the City of New York; New York State and American Bar Associations. Send an Email   Rated AV

**Stephen J. Swiatkiewicz,** (Member) born Hartford, Connecticut, April 22, 1954;

admitted to bar, 1982, New York. **Education:** Trinity College (B.A., 1976) Phi Beta Kappa; Woodrow Wilson School of Princeton University (M.P.A., 1980); New York University (J.D., 1981). **Member:** Association of the Bar of the City of New York (Member, Real Property Law Committee). **Practice Areas:** Real Estate Law; General Commercial Law; Entertainment Law. Send an Email

**Meryl L. Unger,** (Member) born New York, N.Y., March 3, 1950; admitted to bar, 1976, New York; 1977, U.S. District Court, Eastern District of New York. **Education:** Bennington College; Barnard College (A.B., cum laude, 1972); Boston University (J.D., 1975). Counsel, New York Women's Agenda, Inc., 1991—. **Member:** The Association of the Bar of the City of New York (Member, Committee on Art Law, 1991-1994); New York Women's Bar Association (Vice-President, 1996-1998; Member, Board of Directors, 1991-2001); Women Presidents' Organization. **Languages:** French. **Practice Areas:** Corporate Law; Mergers and Acquisitions; Commercial Law. Send an Email

**Marcy L. Wachtel,** (Member) born New York, N.Y., October 9, 1957; admitted to bar, 1983, New York; 1988, U.S. District Court, Southern and Eastern Districts of New York. **Education:** Cornell University (B.A., magna cum laude, 1979); University of Pennsylvania (J.D., 1982). Member, Board of Editors of the New York Family Law Monthly. Author: "Divorce Counseling: For the Sake of the Child," Legal Times, May 24, 1993; "Finding Direction Away from the Pain of Dissolution," The Recorder, June 28, 1993; "Deposition Preparedness Guidelines," Fairshare, June 1993 and New York Family Law Monthly, December 2001; "Ten Likely Areas of Inquiry During Deposition on Financial Issues," Fairshare, December 1993 and New York Family Law Monthly, October 2001; "Formulating the Budget," Fairshare, April 1998 and New York Family Law Monthly, December 2001; "Prenuptial Agreements: Divorce Insurance," The Alert, December 1998. **Member:** The Association of the Bar of the City of New York (Member, Matrimonial Law Committee, 1989-1992; 1996-1999); New York State (Member, Family Law Section) and American (Member, Family Law Section) Bar Associations. **Practice Areas:** Matrimonial and Family Law. Send an Email   **Rated AV**

**Mark Walfish,** (Member) born Brooklyn, New York, October 28, 1950; admitted to bar, 1975, New York, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals, Second and Third Circuits. **Education:** University of Michigan (A.B., 1971); Georgetown University (J.D., 1974). Editor, Law and Policy in International Business, 1973-1974. **Member:** The Association of the Bar of the City of New York (Secretary, Committee on Arbitration, 1978-1980; Member: Joint Committee on Fee Disputes and Conciliation, 1981-1989; Committee on Discipline, 1982-1985; Committee on State Courts of Superior Jurisdiction, 1996-1997; Chairman, Committee on New York City Civil Courts, 1997-1999); New York State Bar Association. **Practice Areas:** Commercial Litigation. Send an Email   **Rated AV**

**Joel S. Weiss,** (Member) born New York, N.Y., December 2, 1955; admitted to bar, 1982, New York and U.S. Court of Appeals, Eleventh Circuit; 1983, U.S. District Court, Southern and Eastern Districts of New York; 1987, U.S. Court of Appeals, Second Circuit and U.S. Supreme Court. **Education:** Stanford University (A.B., with distinction, 1977); University of Chicago (J.D., 1981). Phi Beta Kappa. Associate Editor, University of Chicago Law Review, 1979-1981. Law Clerk to Hon. R. Lanier Anderson III, U.S. Court of Appeals for the Eleventh Circuit, 1981-1982. **Practice Areas:** Commercial Litigation. Send an Email   **Rated AV**

**Elias M. Zuckerman,** (Member) born Frederick, Maryland, November 5, 1953; admitted to bar, 1978, New York; 1988, U.S. Tax Court. **Education:** Princeton University (A.B., cum laude, 1974); Harvard University (J.D., 1977). Phi Beta Kappa.

Co-Author: "Guide to Income Tax," Consumer Reports Books; Co-Author: "How to Plan for a Secure Retirement," Consumer Reports. **Member:** American Bar Association (Member, Tax Section). **Practice Areas:** Tax Law. Send an Email

### SENIOR ATTORNEYS

**Iris Susan Dean,** (Associate) born New York, N.Y., January 22, 1963; admitted to bar, 1987, New York. **Education:** New York University (B.A., 1983; J.D., 1986). **Practice Areas:** Real Estate. Send an Email

**Louise E. Lipman,** (Associate) born New York, N.Y., May 19, 1953; admitted to bar, 1979, New York. **Education:** Boston University (B.A., cum laude, 1974); New York University (J.D., 1978). Co-Author: "Generation-Skipping Transfer Tax: Transition Rule Planning and Drafting Techniques," 40 New York University Institute on Federal Taxation 3-1, 1982. Trustee, SAR Academy. **Member:** The Association of the Bar of the City of New York; New York State and American (Member, Sections on Trusts and Estates and Tax Law) Bar Associations. **Practice Areas:** Estate Planning; Trusts and Estates. Send an Email

**Maureen O'Connor,** (Associate) born New York, N.Y., May 8, 1958; admitted to bar, 1992, New York. **Education:** State University of New York at Albany (B.A., 1980); Fordham University (J.D., cum laude, 1990). **Member:** New York State Bar Association. **Practice Areas:** Real Estate. Send an Email

**Judith M. Shampanier,** (Associate) born New York, July 2, 1968; admitted to bar, 1994, New York; 1995, U.S. District Court, Eastern and Southern Districts of New York; 2001, U.S. Court of Appeals, Second Circuit. **Education:** Columbia University (B.A., magna cum laude, 1990; J.D., 1993). Phi Beta Kappa. Stone Scholar. Board Member: Human Rights Law Review; Journal Gender & Law: Columnist In Brief. Author: "What's in a Name-The Federal Trademark Dilution Act," The Alert, Federal Bar Association, December, 1998 at 15. **Member:** Association of the Bar of the City of New York (Member, Litigation Committee); New York State (Member, Intellectual Property Committee) and American (Member: Subcommittee on Dilution, Intellectual Property Section; Intellectual Property Committee; Young Lawyers Division) Bar Associations. **Practice Areas:** Litigation; Intellectual Property; Trademarks. Send an Email

### OF COUNSEL

**Philip C. Berg,** (Of Counsel) born LaCrosse, Wisconsin, September 22, 1965; admitted to bar, 1992, New York. **Education:** University of Virginia (B.A., 1988); Harvard Law School (J.D., 1991). Phi Beta Kappa. Echols Scholar. Judicial Clerk, Hon. Thomas H. Meskill, Chief Judge, U.S. Court of Appeals, Second Circuit, 1992-1993. Author: "The Limits of SEC Authority Under Section 14(a) of the Exchange Act," Journal of Corporation Law, Vol. 17, No.2, 1992. Vice President, Harvard Law School Association of New York, 2002—. **Practice Areas:** Corporate Law; Mergers and Acquisitions; Securities Law. Send an Email

**Warren H. Esanu,** (Of Counsel) born New York, N.Y., November 22, 1942; admitted to bar, 1970, New York; 1971, U.S. District Court, Southern District of New York and U.S. Tax Court. **Education:** Hunter College of the City University of New York (B.S., 1963); St. John's University (J.D., with honors, 1969); New York University (LL.M., in Taxation, 1974). Co-Author: "Guide to Income Tax," Consumer Reports Books. **Member:** New York State and American Bar Associations. **Practice Areas:** Corporate; Tax; Real Estate; Estate Planning; Estates and Trusts. Send an Email   **Rated AV**

**Asher S. Levitsky,** (Of Counsel) born Wilkes-Barre, Pennsylvania, November 4, 1943; admitted to bar, 1968, New York; 1969, U.S. Court of Appeals, Second Circuit; 1970,

District of Columbia; 1978, U.S. Court of International Trade; 1984, U.S. District Court, Southern and Eastern Districts of New York. **Education:** Cornell University (B.A., 1965); New York University (J.D., cum laude, 1968). Order of the Coif. **Member:** The District of Columbia Bar; American Bar Association. **Practice Areas:** Securities Law; Corporate Law; Mergers and Acquisitions; Venture Capital; Licensing. Send an Email
 Rated AV

**Jeffrey R. Snyder,** (Of Counsel) born Mechanicsburg, Pennsylvania, August 20, 1955; admitted to bar, 1982, New York. **Education:** Bucknell University (A.B., magna cum laude, 1977); New York University School of Law (J.D., 1981). Phi Beta Kappa. **Practice Areas:** Corporate Law(75%); Real Estate(15%); Tax Law(10%). Send an Email

**ASSOCIATES**

**Matthew J. Danow,** (Associate) born New York, New York, April 16, 1974; admitted to bar, 2000, New York. **Education:** University of Florida (B.S., 1996); University of Pennsylvania Law School (J.D., 1999). Member, Golden Key National Honor Society, University of Florida. **Practice Areas:** Real Estate. Send an Email

**Alison C. Keil,** (Associate) born New York, New York, September 19, 1975; admitted to bar, 2001, New York. **Education:** University of Michigan (B.A., 1997); Benjamin N. Cardozo School of Law (J.D., 2000). **Member:** New York State and American Bar Associations. **Practice Areas:** Matrimonial Law; Family Law. Send an Email

**Stephanie F. Lehman,** (Associate) born Queens, New York, August 29, 1971; admitted to bar, 1996, New Jersey and U.S. District Court, District of New Jersey; 1997, New York. **Education:** Brandeis University (B.A., cum laude, 1993); Brooklyn Law School (J.D., 1996). Law Clerk to the Honorable Joseph C. Cassini, III, Superior Court of New Jersey, Family Division, 1996-1997. Certified Mediator for the State of New Jersey. **Member:** New York State Bar Association (Member, Sections on: Family Law). **Practice Areas:** Matrimonial Law; Family Law. Send an Email

**Christine A. McCann,** (Associate) born Boston, Massachusetts, May 15, 1969; admitted to bar, 1994, Massachusetts; 1995, New York. **Education:** Allegheny College (B.A., 1991); Vermont Law School (J.D., 1994; M.S.L., 1994). **Practice Areas:** Trusts & Estates. Send an Email

**Dean M. Solomon,** (Associate) born Los Angeles, California, October 8, 1962; admitted to bar, 2002, New York and U.S. District Court, Southern and Eastern Districts of New York. **Education:** Georgetown University (A.B., summa cum laude, 1997); University of Michigan Law School (J.D., cum laude, 2001). Phi Beta Kappa. Editor: Michigan Law Review, 1999-2000; Michigan Journal of Gender and Law, 1998-1999. **Member:** The Association of the Bar of the City of New York (Member, Criminal Law Committee); New York State and American Bar Associations. **Practice Areas:** Civil Litigation; Criminal Litigation. Send an Email

**George N. Stavis,** (Associate) born Newark, New Jersey, October 1, 1945; admitted to bar, 2002, New York, U.S. District Court, Eastern and Southern Districts of New York. **Education:** Haverford College (B.A., 1967); Columbia University (J.D., cum laude, 2000). Harlan Fiske Stone Scholar. Member, Fordham Law Review, Fordham University School of Law. Recipient: Outstanding Young Men of America, 1981; Santa Cruz City Council Recognition for Public Service Contributions, 1985; California State Senate Recognition for Public Service Contributions, 1985; United States Congressional Award for Community Service from Congressman Leon Panetta (D-Monterey), 1985. Author: Note, "Collecting Judgements in Human Rights Torts Cases - Flexibility for Non-Profit Litigators?" 31 Columbia Human Rights Law Review 209

(Fall, 1999). Chairman, County Housing Advisory Commission, Santa Cruz, CA, 1975-1985. Associate Editor, Columbia Human Rights Law Review. President, Santa Cruz City Employees Association, 1978-1983. Vice-Chairman, Cultural Council of Santa Cruz, 1981-1985. **Member:** New York State and American Bar Associations. **Practice Areas:** Corporate Law; Litigation. Send an Email

**Pamela J. Sullivan,** (Associate) born Boston, Massachusetts, February 25, 1966; admitted to bar, 1995, New York. **Education:** Boston College (B.A., magna cum laude, 1988); New York University (J.D., cum laude, 1993). **Member:** The Association of the Bar of the City of New York; New York State Bar Association. **Practice Areas:** Litigation; Family Law. Send an Email

**Jessica Thaler,** (Associate) born Suffern, New York, August 8, 1973; admitted to bar, 2000, New York. **Education:** University of California at Los Angeles (B.A., 1995); Fordham Law School (J.D., 1999). **Practice Areas:** Corporate. Send an Email

**Robert C. Weisz,** (Associate) born St. Louis, Missouri, March 22, 1973; admitted to bar, 1999, New York and U.S. District Court, Southern and Eastern Districts of New York. **Education:** Stanford University (A.B., with distinction, 1995); University of Michigan (J.D., magna cum laude, 1998). Phi Beta Kappa. Member, Order of the Coif. Note Editor, Michigan Law Review, 1997-1998. Law Clerk to Hon. Allen G. Schwartz, U.S. District Court, Southern District of New York, 2000-2002. Formerly with Paul, Weiss, Rifkind, Wharton & Garrison, 1998-2000, 2002-2003. **Practice Areas:** Litigation. Send an Email

New Search

▲ top

Lawyer Locator | Legal Articles | Dispute Resolution | Experts and Services
Legal Personnel | Legal Careers | Professional Resources | Customer Service

Home | Contact Us | About Us | Site Info | Products | Services
Media Room | Banner Sponsorships

Copyright | Terms & Conditions | Privacy Policy

http://www.martindale.com/xp/Martindale/Lawyer_Locator/Search_Lawyer_Locator/searc...    3/22/2004








# Esanu Katsky Korins & Siger, LLP
# Contact Us

You can reach Esanu Katsky Korins & Siger, LLP by:

**Telephone:**
212-953-6000

**Fax:**
212-953-6899

**E-mail:**
info@ekks.com (or click on this e-mail link)

If you would like to send an e-mail to a specific attorney, please visit the Attorney Profiles page and then click on that attorney's name for his or her e-mail listing.

**U.S. mail:**
Esanu Katsky Korins & Siger, LLP
605 Third Avenue
New York, NY 10158-0038

| Firm Overview | Practice Areas | Attorney Profiles |
| Articles | Contact Us | Home |

Esanu Katsky Korins & Siger, LLP
Phone 212-953-6000
E-mail info@ekks.com

# ESANU KATSKY KORINS & SIGER, LLP
# ATTORNEY PROFILES



## ASHER S. LEVITSKY

You can reach him via e-mail at alevitsk@ekks.com or his direct telephone number, 212-716-3239.

| | |
|---|---|
| ➢ **Education** | • New York University School of Law, J.D. 1968 *cum laude*; Order of the Coif |
| | • Cornell University, B.A. 1965 |
| ➢ **Bar Admissions** | • 1968, New York |
| | • 1970, District of Columbia |
| ➢ **Court Admissions** | • U.S. Court of Appeals, Second Circuit |
| | • U.S. Court of Appeals, District of Columbia Circuit |
| | • U.S. District Court, Southern District of N.Y. |
| | • U.S. District Court, Eastern District of N.Y. |
| | • U.S. Court of International Trade |
| ➢ **Bar Affiliation** | • American Bar Association |
| ➢ **Speeches** | • Symposium speaker, *1986 SEC Conference* (Foundation for Accounting Education) |
| ➢ **Article** | • *The Attorney-Client Relationship Under Sarbanes-Oxley: More Questions than Answers*, Marcus & Kliegman's **SEC Insights**, Third Quarter 2002 |

Asher, who has been with the firm since 1989, is of counsel to the firm. His practice relates primarily to business and corporate law, where he provides legal services and works closely with senior management for a wide range of business transactions, including:

- Public offerings and private placements, representing underwriters or

placement agents and issuers. Asher has worked with companies in a wide range of industries and with small entrepreneurial companies as well as larger companies with a history of earnings.

- Bridge or interim financings designed to provide the issuer with funds pending completion of a larger transaction, such as an offering or acquisition.

- Early stage private financings, including venture capital financings, representing either the investor or the issuer.

- Acquisitions and dispositions of assets, including mergers and sales or purchases of assets, involving both private and public companies and including so-called "going private" transaction. These transactions may involve the sale or purchase of a company or a division, the creation of a joint venture or strategic alliance or the licensing of technology.

- Licensing agreements, relating to intellectual property rights, and distribution agreements.

- Proxy contests for contested election for directors.

- A full spectrum of securities matters and corporate and partnership matters, including preparation and review of reports filed with the Securities and Exchange Commission and employment agreements, compensation programs, stockholders' agreements and limited liability company operating agreements.

- Working closely with the client's internal accounting staff, including the chief financial officer, and independent accounting firm in connection with a wide range of activities, including compensation packages for management and financial due diligence for a potential acquisition, financing or offering.

**Click here to return to attorney listings**

| Firm Overview | Practice Areas | Attorney Profiles | Articles | Contact Us | Home |

**Esanu Katsky Korins & Siger, LLP**
Phone 212-953-6000
E-mail info@ekks.com








# ESANU KATSKY KORINS & SIGER, LLP

## Welcome to the law offices of Esanu Katsky Korins & Siger, LLP.

Esanu Katsky Korins & Siger, LLP is a full-service New York law firm with more than 30 attorneys and a sophisticated practice covering litigation, corporate, tax, real estate, financing, trusts and estates, and matrimonial and family law.

Our clients include financial institutions, real estate owners and developers, and a wide range of smaller public and private companies, business owners and high net worth individuals, and international clients who are active in the United States and abroad.

**Esanu Katsky Korins & Siger, LLP**
605 Third Avenue
New York, NY 10158-0038
Phone: 212-953-6000
Fax: 212-953-6899
E-mail: info@ekks.com

DISCLAIMER: The information and material contained in this web site do not constitute legal advice and do not create an attorney-client relationship. The materials on this site are provided for informational purposes only and are not guaranteed to be correct, complete, or up-to-date. Neither your sending of e-mail nor the reading of such e-mail by any attorney at Esanu Katsky Korins & Siger, LLP creates an attorney-client relationship. Be sure to discuss your specific situation with an attorney.

| Firm Overview | Practice Areas | Attorney Profiles |
| Articles | Contact Us | Home |

© 2000-04 Esanu Katsky Korins & Siger, LLP

**Esanu Katsky Korins & Siger, LLP**
Phone 212-953-6000
E-mail info@ekks.com

This web site was created and is being maintained by Legal Web Works.








# ESANU KATSKY KORINS & SIGER, LLP
# FIRM OVERVIEW

Founded in 1975, Esanu Katsky Korins & Siger, LLP is one of the longest-lived general practice law firms of its size in New York City.

We have succeeded by resisting the pervasive trend among small and mid-sized firms to merge with other firms; rather, we have grown internally at a pace that allows us to continue providing personal service.

A stable, experienced partnership with an unusually sophisticated practice for a firm our size, we are well respected both by our peers and by our clients. Over the years, we have developed many substantial clients, including Fortune 500 companies and leading commercial banks, while continuing to represent smaller, entrepreneurial companies and individuals with the same meticulous attention to detail.

EKKS is known for imaginative thinking and exceptional service. Our clients stay with us over the long term -- and so do our lawyers, most of whom left large law firms to join a more collegial partnership. Our attorneys have a genuine enthusiasm for practicing law and are committed to finding intelligent and practical solutions for our clients. Our size, experience, and creativity enable us to deliver excellent service in a cost-effective manner.

Our clients include The Ackman-Ziff Real Estate Group LLC, American Century Services Corporation, The Archon Group, Avon Products, Inc., Brown University, Cambridge Companions, Condé Nast Publications, Inc., Eaton Corporation, Fleet Bank, NA, Hammerson plc, JPMorgan Chase Bank, Lennar Partners, Manhattan East Suite Hotels, Ocwen Federal Bank, Paccar Inc., The Related Companies, RFR Holding LLC, The Swatch Group (U.S.) Inc., Tishman Management and Leasing Corp. and TIS Worldwide, Inc.

| Firm Overview | Practice Areas | Attorney Profiles |
| Articles | Contact Us | Home |

**Esanu Katsky Korins & Siger, LLP**
Phone 212-953-6000

E-mail info@ekks.com