#57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>    Plaintiffs<br>V.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>    Defendants | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>    Plaintiffs,<br>V.<br><br>ASHER S. LEVITSKY, et al.<br>    Defendants. | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397 (RLK)<br><br>Adv. Pro. No. 02-02010 (RLK)<br><br>MARCH 23, 2004 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL**
**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

The plaintiffs, Corlogix Corporation and Theodore William Russell, and the plaintiffs, John J. O'Neil, Jr., Trustee, and Theodore William Russell (hereinafter individually "Russell" and collectively referred to as "plaintiffs"), respectfully request permission to be allowed to file a brief supplemental memorandum in further opposition to the defendants' separate motions to dismiss in light of the inability to schedule a settlement conference and because of the recent ruling in *The Mashantucket Pequot Tribe v. Raymond Redican, Jr.*, Civil Action No. 300 CV 1828 (JCH) (Dist of Ct) dated March 18, 2004 denying defendant's motion to dismiss. Plaintiffs believe the decision in the *Mashantucket* case will assist the court in ruling of the pending motions to dismiss.

WHEREFORE, the plaintiffs respectfully request that it be permitted to file this brief memorandum in further opposition to defendants' motions to dismiss.

**GRANTED, absent objection.**
**It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   04/26/04