UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 P 2: 11

| | |
|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>    Plaintiffs<br>V.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>    Defendants | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>    Plaintiffs,<br>V.<br><br>ASHER S. LEVITSKY,<br>ASHER S. LEVITSKY P.C.,<br>ESANU KATSKY KORINS & SIGER, LLP,<br>RANDOLPH AMENGUAL,<br>STEPHEN D. BRODIE,<br>DAVID L. KATSKY,<br>ADRIENNE B. KOCH,<br>EUGENE V. KOKOT,<br>ROY M. KORINS,<br>DENNIS C. KREIGER,<br>ANDREW B. LEVINE,<br>THOMAS M. LOPEZ,<br>GREGORY K. MARKS,<br>JEFFREY M. SIGER,<br>STEPHEN J. SWIATKIEWICZ,<br>MERYL L. UNGER,<br>MARCY WACHTEL,<br>MARK WALFISH,<br>JOEL S. WEISS, and<br>ELIAS M. ZUCKERMAN<br>    Defendants. | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397 (RLK)<br><br>Adv. Pro. No. 02-02010 (RLK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 29, 2004 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM IN
<u>FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS</u>**

The plaintiffs, Corlogix Corporation and Theodore William Russell, and the plaintiffs, John J.

O'Neil, Jr., Trustee, and Theodore William Russell (hereinafter individually "Russell" and

**ORAL ARGUMENT NOT REQUESTED**

collectively referred to as "plaintiffs"), respectfully request permission to be allowed to file the short supplemental memorandum in further opposition to the defendants' separate motions to dismiss. In support of this Motion, the plaintiffs would show the Court that recent case law supports the finding of personal jurisdiction; the exercise of which will not violate due process, and that venue properly lies in this district.

WHEREFORE, the plaintiffs respectfully request that they be permitted to file this brief supplemental memorandum in further opposition to defendants' motions to dismiss.

PLAINTIFFS,

By: _____
Eliot B. Gersten, Esq.ct05213
John J. Robacynski, Esq.ct15636
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Their Attorneys

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was mailed, via regular U.S. Mail, postage prepaid, on October 29, 2004, to all counsel and pro se parties of record:

David J. Robertson, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
*Tel: 203-366-7991*
*Fax: 203-366-4723*

John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano, LLC
255 Main Street
Hartford, CT 06106
*Tel: 860-527-3271*
*Fax: 860-527-2584*

Denise R. Polivy, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT 06603

Thomas Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue
Glastonbury, CT 06033
*Tel: 860-659-5657*
*Fax: 860-657-4549*

John J. Robacynski, Esq.