

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 OCT 29 P 2:11

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>V.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>Defendants | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>Plaintiffs,<br>V.<br><br>ASHER S. LEVITSKY,<br>ASHER S. LEVITSKY P.C.,<br>ESANU KATSKY KORINS & SIGER, LLP,<br>RANDOLPH AMENGUAL,<br>STEPHEN D. BRODIE,<br>DAVID L. KATSKY,<br>ADRIENNE B. KOCH,<br>EUGENE V. KOKOT,<br>ROY M. KORINS,<br>DENNIS C. KREIGER,<br>ANDREW B. LEVINE,<br>THOMAS M. LOPEZ,<br>GREGORY K. MARKS,<br>JEFFREY M. SIGER,<br>STEPHEN J. SWIATKIEWICZ,<br>MERYL L. UNGER,<br>MARCY WACHTEL,<br>MARK WALFISH,<br>JOEL S. WEISS, and<br>ELIAS M. ZUCKERMAN<br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397 (RLK)<br><br>Adv. Pro. No. 02-02010 (RLK)<br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 29, 2004 |

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

The plaintiffs, Corlogix Corporation and Theodore William Russell, and the plaintiffs, John J. O'Neil, Jr., Trustee, and Theodore William Russell (hereinafter individually "Russell" and

**ORAL ARGUMENT NOT REQUESTED**

GRANTED. The Clerk shall docket the attached supplemental memorandum. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/11/04