FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORLOGIX CORPORATION and THEODORE WILLIAM RUSSELL Plaintiffs | : |
| v. | : CIVIL ACTION NO. 3:00 CV 1357 (AWT) |
| ASHER S. LEVITSKY and ASHER. LEVITSKY, P.C. | : |
| Defendants | : JANUARY 15, 2003 |

## DEFENDANTS' MOTION TO DISMISS

The defendants, Asher S. Levitsky and Asher Levitsky, P.C., pursuant to Federal Rules of Civil Procedure Rule 12(b)(2), 12(b)(3) and 28 U.S.C. § 1391(a) hereby move to dismiss the plaintiffs' complaint for lack of personal jurisdiction and improper venue. In support of this motion the defendants rely upon the attached memorandum of law, affidavit and exhibits.

THE DEFENDANTS
ESANU, KATSKY, KORINS & SIGER, L.L.P.
AND ASHER LEVITSKY, P.C.

By: _____
David J. Robertson
Federal Bar No. CT 03674
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
203-366-7991
FAX: 203-366-4723

**ORAL ARGUMENT REQUESTED**

DENIED for the reasons stated on the record today. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/22/05