


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORLOGIX CORPORATION and
THEODORE WILLIAM RUSSELL
    Plaintiffs

v.

ESANU, KATSKY, KORINS & SIGER, L.L.P.
and ASHER S. LEVITSKY, P.C.

    Defendants

CIVIL ACTION
NO. ~~3:02 CV 1611 (AWT)~~
3:00CV1357 (AWT)
LEAD CASE

JANUARY 15, 2003

## DEFENDANTS' MOTION TO DISMISS

The defendants, Esanu Katsky Korins & Siger, LLP, Asher Levitsky, P.C. and the individual defendants, pursuant to Federal Rule of Civil Procedure Rule 12(b) hereby move to dismiss the plaintiffs' complaint for lack of subject matter jurisdiction and lack of personal jurisdiction. In support of this motion the defendants rely upon the attached memorandum of law, affidavit and exhibits.

THE DEFENDANTS
ESANU, KATSKY, KORINS & SIGER, L.L.P.
AND ASHER LEVITSKY, P.C.

By: _____
David J. Robertson
Federal Bar No. CT 03674
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
203-366-7991
FAX: 203-366-4723

**ORAL ARGUMENT REQUESTED**

DENIED for the reasons stated on the record today. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/22/05

FILED 2005 FEB 23 P 1:57 U.S. DISTRICT COURT HARTFORD, CT