**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
CORLOGIX CORP. and              :
THEODORE WILLIAM RUSSELL,       :
                                :
     Plaintiffs,                :
                                :
v.                              :   NO. 3:00CV01357(AWT)
                                :
ESANU, KATSKY, KORINS           :
& SIGER, LLP and                :
ASHER S. LEVITSKY, PC,          :
                                :
     Defendants.                :
-------------------------------x
```

**ENDORSEMENT ORDER**

The defendants' Motion for Reconsideration (Doc. No. 70) is hereby DENIED. For the reasons set forth by the plaintiffs in their objection: (1) the motion is untimely; and (2) the plaintiff has not set forth any "controlling decisions or data that the court overlooked" that "might reasonably be expected to alter the conclusion reached by the court." Schrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).

The court notes that the operative complaint in this case, as of today, is the Complaint filed January 16, 2002 in the member case.

It is so ordered.

Dated this 4th day of April, 2005, at Hartford, Connecticut.

/s/

_____
Alvin W. Thompson
United States District Judge