U N I T E D    S T A T E S    D I S T R I C T    C O U R T

D I S T R I C T    O F    C O N N E C T I C U T

SETTLEMENT CONFERENCE CALENDAR

141 CHURCH STREET
NEW HAVEN
ROOM 226

APRIL 29, 2005

10:15 A.M.

HONORABLE JAMES R. HAWKINS II, PARAJUDICIAL OFFICER

EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

COUNSEL SHALL SEND AN EX PARTE CONFIDENTIAL STATEMENT OUTLINING THEIR RESPECTIVE SETTLEMENT POSITIONS, to James R. Hawkins, II, Esq., Finn Dixon & Herling LLP, One Landmark Square, Stamford, CT 06901, NO LATER THAN FIVE DAYS PRIOR TO THE CONFERENCE.  THIS STATEMENT SHOULD INCLUDE THE FOLLOWING: 1) ALL CLAIMS; 2) FACTUAL AND LEGAL BASIS FOR CLAIMS (INCLUDING DAMAGES, TO INCLUDE LEGAL CITATIONS); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFORE; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO.3:00CV1357 (AWT)  Corlogix Corp. v. Levitsky

COUNSEL OF RECORD:

Patricia Beary
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT  06510-7016

Raymond C. Bliss
Denise R. Polivy
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT  06109-2355

Keith M. Blumenstock
Bai Pollock Blueweiss & Mulcahey
Park City Plaza
10 Middle Street, PO Box 1978
Suite 820
Bridgeport, CT  06604

```
Eliot B. Gersten
John P. Clifford, Jr.
John Joseph Robaczynski
Gersten & Clifford
214 Main Street
Hartford, CT  06106-1892

David J. Robertson
Bai Pollock Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT  06484
```

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK