U N I T E D   S T A T E S   D I S T R I C T   C O U R T

D I S T R I C T   O F   C O N N E C T I C U T

SETTLEMENT CONFERENCE CALENDAR

141 CHURCH STREET
NEW HAVEN
ROOM 226

JUNE 3, 2005

10:00 A.M.

HONORABLE JAMES R. HAWKINS II, PARAJUDICIAL OFFICER

EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

COUNSEL SHALL SEND AN <u>EX PARTE</u> CONFIDENTIAL STATEMENT OUTLINING THEIR RESPECTIVE SETTLEMENT POSITIONS, to <u>James R. Hawkins, II, Esq., Finn Dixon & Herling LLP, One Landmark Square, Stamford, CT 06901</u>, NO LATER THAN FIVE DAYS PRIOR TO THE CONFERENCE.  THIS STATEMENT SHOULD INCLUDE THE FOLLOWING: 1) ALL CLAIMS; 2) FACTUAL AND LEGAL BASIS FOR CLAIMS (INCLUDING DAMAGES, TO INCLUDE LEGAL CITATIONS); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFORE; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO.3:00CV1357 (AWT)   Corlogix Corp. v. Levitsky

COUNSEL OF RECORD:

Patricia Beary
U.S. Trustee Office
265 Church Street, Suite 1103
New Haven, CT  06510-7016

Raymond C. Bliss
Denise R. Polivy
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT  06109-2355

Keith M. Blumenstock
Bai Pollock Blueweiss & Mulcahey
Park City Plaza
10 Middle Street, PO Box 1978
Suite 820
Bridgeport, CT  06604

Eliot B. Gersten
John P. Clifford, Jr.
John Joseph Robaczynski
Gersten & Clifford
214 Main Street
Hartford, CT  06106-1892

David J. Robertson
Bai Pollock Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT  06484

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK