**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CorLogix Corp ,
_____
Plaintiff(s),

v.

Asher S. Levitsky ,
_____
Defendant(s).

CASE NO: 3:00CV1357AWT

### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

**PRELIMINARY / FINAL**
(Please circle one)

1. Date Conference Held: 6/29/05

2. Counsel Present For the Plaintiff(s): Eliot Gersten, Esq
   Counsel Present For the Defendant(s): David J. Robertson, Esq

3. Parties Present:
   For the Plaintiff(s): None Required
   For the Defendant(s): " Required.

4. Was Settlement Reached?:   Yes ____   No ✓
   (Please check one)

5. Is a Follow-Up Conference Recommended?:   Yes ✓   No ____
   (Please check one)

   If so, when should a follow-up conference take place? Oct 1, 2005

   When should a final settlement conference report will be filed? ____

6. Any Additional Comments: ____

x _[signature]_                                    x ____
Special Master Signature                           Special Master Signature

**THE SPECIAL MASTERS SHALL COMPLETE AND FILE THIS ORIGINAL REPORT WITH THE CLERK'S OFFICE IN NEW HAVEN IMMEDIATELY FOLLOWING THE CONFERENCE. A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED AS SET FORTH ABOVE.**
THANK YOU.

rev. 04/05