FILED

2005 NOV 29 P 3: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CORLOGIX CORPORATION and THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>v.<br><br>ASHER S. LEVITSKY, P.C.<br>and ASHER S. LEVITSKY<br>Defendants | :<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 3:00 CV 1357 (AWT)<br>:<br>:<br>:  NOVEMBER 16, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby moves this court to allow the undersigned to withdraw his appearance for the defendants, Asher S. Levitsky and Asher S. Levitsky, P.c., for the reason that the undersigned attorney is no longer with the firm of Bai, Pollock, Blueweiss & Mulcahey, P.C., the firm which currently represents the defendants in this matter.

For all the foregoing reasons, the motion to withdraw as counsel for Asher Levitsky and Asher S. Levitsky, P.C. should be granted.

THE DEFENDANTS
ASHER S. LEVITSKY and
ASHER S. LEVITSKY, P.C.

By: *[signature]*
Keith M. Blumenstock
Federal Bar No. ct 417457
Halloran & Sage
225 Asylum St.
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)

## O R D E R

The foregoing motion, having been heard by this court, it is hereby ordered:

**GRANTED/DENIED.**

         THE COURT

         _____
         Judge/Clerk

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on November __, 2005 to all counsel and non-appearing parties of record, to wit:

Elliot Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

David J. Robertson, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT  06484

John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano LLC
255 Main Street
Hartford, CT  06106

Thomas Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT  06603

Denise R. Polivy, Esq.
Raymond C. Bliss, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, Connecticut 06109-2371

*Keith M. Blumenstock*
Keith M. Blumenstock