## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORLOGIX CORPORATION and | : | |
| THEODORE WILLIAM RUSSELL | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 3:02 CV 1611 (AWT) |
| ESANU, KATSKY, KORINS & SIGER, L.L.P. | : | |
| and ASHER S. LEVITSKY, P.C. | : | |
| | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| CORLOGIX CORPORATION and | : | |
| THEODORE WILLIAM RUSSELL | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 3:00 CV 1357 (AWT) |
| ASHER S. LEVITSKY, P.C. | : | |
| and ASHER S. LEVITSKY | : | |
|     Defendants | : | DECEMBER 29, 2005 |

### REQUEST FOR STATUS CONFERENCE

      The defendants in the above-captioned matter hereby request that the Court schedule a status conference in order to discuss the scheduling of discovery and the preparation of the Joint Trial Management Order in this case.

                                        THE DEFENDANTS
                                        ESANU KATSKY KORINS & SIGER, L.L.P.
                                        AND ASHER LEVITSKY, P.C.

                          By:_____
                              David J. Robertson
                              Federal Bar No. CT  03674
                              Bai, Pollock, Blueweiss & Mulcahey, P.C.
                              One Corporate Drive
                              Shelton, CT  06484
                              203-925-8100
                              FAX:  203-925-8101

Case 3:00-cv-01357-AWT    Document 80    Filed 12/30/2005    Page 2 of 3

**C E R T I F I C A T I O N**

This is to certify that a copy of this pleading has been sent, via U.S. Mail, postage prepaid, on _____, to:

Elliot Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106
(860) 527-7044

John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano LLC
255 Main Street
Hartford, CT  06106

Thomas Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT  06603

Denise R. Polivy, Esq.
Raymond C. Bliss, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, Connecticut 06109-2371

David J. Robertson