**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
CORLOGIX CORP., et al.,       :
                              :
     Plaintiffs,              :
                              :
v.                            :    Civil No. 3:00CV01357(AWT)
                              :    Lead Consolidated Case
                              :
ASHER LEVITSKY, et al.,       :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge  Donna F. Martinez  for the following purposes:

        All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

        A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

        A ruling on the following motions, which are currently pending:_____ (orefm.)

        A settlement conference (orefmisc./cnf)

 X   Other: Request for Status Conference (Doc. No. 17) (orefmisc./misc)

     It is so ordered.

     Dated this 5th day of January, 2006, at Hartford, Connecticut.

                                                               /s/AWT

                                                    Alvin W. Thompson
                                          United States District Judge