UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>v.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>Defendants | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>Plaintiffs,<br>v.<br><br>ASHER S. LEVITSKY,<br>ASHER S. LEVITSKY P.C.,<br>ESANU KATSKY KORINS & SIGER, LLP,<br>RANDOLPH AMENGUAL,<br>STEPHEN D. BRODIE,<br>DAVID L. KATSKY,<br>ADRIENNE B. KOCH,<br>EUGENE V. KOKOT,<br>ROY M. KORINS,<br>DENNIS C. KREIGER,<br>ANDREW B. LEVINE,<br>THOMAS M. LOPEZ,<br>GREGORY K. MARKS,<br>JEFFREY M. SIGER,<br>STEPHEN J. SWIATKIEWICZ,<br>MERYL L. UNGER,<br>MARCY WACHTEL,<br>MARK WALFISH,<br>JOEL S. WEISS, and<br>ELIAS M. ZUCKERMAN<br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397(RLK)<br><br>Adv. Pr. No. 02-02010(RLK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 4, 2006 |

## **APPEARANCE**

Please enter the appearance of the undersigned for all the plaintiffs in the above-referenced matter.

PLAINTIFFS,

By: _____
Eliot B. Gersten, Esq. ct05213
GERSTEN, CLIFFORD & ROME, LLC
214 Main Street
Hartford, CT 06106
(860) 527-7044
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was mailed first-class mail, postage prepaid, on January 4, 2006, to the following:

Counsel for Defendants
David J. Robertson, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06484
*Tel: 203-925-8100*
*Fax: 203-925-8101*

Chapter 7 Trustee
John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano LLC
255 Main Street
Hartford, CT 06106
*Tel: 860-527-3271*
*Fax:860-527-2584*

Thomas Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT 06033

Denise R. Polivy, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT 06033

Eliot B. Gersten