UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORLOGIX CORPORATION and THEODORE WILLIAM RUSSELL Plaintiffs v. ASHER LEVITSKY, P.C. and ASHER S. LEVITSKY Defendants | : | CIVIL ACTION NO.: 3:00 CV 1357 (AWT) Lead Case |
| JOHN J. O'NEIL, TRUSTEE and THEODORE WILLIAM RUSSELL, Plaintiffs, v. ASHER S. LEVITSKY, ASHER S. LEVITSKY P.C., ESANU KATSKY KORINS & SIGER, LLP, RANDOLPH AMENGUAL, STEPHEN D. BRODIE, DAVID L. KATSKY, ADRIENNE B. KOCH, EUGENE V. KOKOT, ROY M. KORINS, DENNIS C. KREIGER, ANDREW B. LEVINE, THOMAS M. LOPEZ, GREGORY K. MARKS, JEFFREY M. SIGER, STEPHEN J. SWIATKIEWICZ, MERYL L. UNGER, MARCY WACHTEL, MARK WALFISH, JOEL S. WEISS, and ELIAS M. ZUCKERMAN Defendants. | : | CIVIL ACTION NO. 3:02 CV 1611(AWT) Bnkr. No. 01-22397(RLK) Adv. Pr. No. 02-02010(RLK) JANUARY 4, 2006 |

**APPEARANCE**

Please enter the appearance of the undersigned for all the plaintiffs in the above-referenced matter.

PLAINTIFFS,

By: ______________________________

John J. Robacynski, Esq. ct15636
GERSTEN, CLIFFORD & ROME, LLC
214 Main Street
Hartford, CT 06106
(860) 527-7044
Their Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was mailed first-class mail, postage prepaid, on January 4, 2006, to the following:

Counsel for Defendants
David J. Robertson, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06484
*Tel: 203-925-8100*
*Fax: 203-925-8101*

Chapter 7 Trustee
John J. O'Neil, Jr., Trustee
Francis, O'Neil & Del Piano LLC
255 Main Street
Hartford, CT 06106
*Tel: 860-527-3271*
*Fax:860-527-2584*

Thomas Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT 06033

Denise R. Polivy, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Bldg. 3
Glastonbury, CT 06033

John J. Robacynski