UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORLOGIX CORPORATION, et al.,    :
                                 :
        Plaintiffs,              :
                                 :
        v.                       :    CASE NO. 3:00CV1357 (AWT)
                                 :    Lead Case
ASHER LEVITSKY, P.C. et al.,     :
                                 :
        Defendants.              :

## CALENDAR AND SETTLEMENT CONFERENCE ORDER

This case is scheduled for a continued settlement conference with the undersigned on June 28, 2006 at 10:00 a.m. at her chambers at 450 Main Street, Room 262, Hartford, Connecticut.

I. <u>PARTIES WITH FULL AUTHORITY MUST ATTEND</u>.  The parties are hereby ORDERED to be present at the conference.  If a party is a legal entity, not an individual, a representative of the party who is <u>fully authorized to decide all matters</u> pertaining to the case shall be present at the conference.  The court will not hold a settlement conference without all parties present.  A party may not participate by phone without express, advance approval by the court.  In cases where a party requires authority from an insurer to settle the case, the party shall ensure that an insurance company representative with full authority to settle the case is present at the conference.  For a plaintiff, "full authority" means final authority to dismiss the case with prejudice, and to accept in settlement an amount or terms down to the defendant's last offer.  For a defendant, "full authority" means final

authority to commit a defendant to pay, in the representative's own discretion, a settlement amount up to the plaintiff's prayer or the plaintiff's last demand, whichever is lower.  The purpose of this requirement is to have in attendance a person with both the authority and independence to settle the case during the settlement conference without consulting anyone not present.  The requirement that parties personally appear is intended to increase the efficiency and effectiveness of the settlement conference.  Failure of a party <u>with full authority to settle the case</u> to attend the conference may result in the imposition of sanctions.  See <u>Nick</u> v. <u>Morgan's Foods</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo 2000).  Counsel are ordered to advise their respective clients and insurance company representatives of the <u>Nick</u> decision.

II. <u>CONFERENCE MEMORANDA</u>.  The parties may submit updated <u>ex parte</u>, confidential conference memorandum containing any information pertinent to the continued efforts to resolve the case.  The memorandum shall be double spaced in no less than 12 point font and shall not exceed 5 pages.

SO ORDERED at Hartford, Connecticut this 1st day of June, 2006.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge