UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>v.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>Defendants | : CIVIL ACTION NO.:<br>: 3:00 CV 1357 (AWT)<br>: Lead Case<br>:<br>:<br>:<br>:<br>:<br>: |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>Plaintiffs,<br>v.<br><br>ASHER S. LEVITSKY, ET AL.<br>Defendants. | : CIVIL ACTION NO.<br>: 3:02 CV 1611(AWT)<br>:<br>: Bnkr. No. 01-22397(RLK)<br>:<br>: Adv. Pr. No. 02-02010(RLK)<br>:<br>: AUGUST 23, 2006 |

## MOTION ON CONSENT TO EXTEND DISMISSAL DEADLINE

The plaintiffs move on consent of the defendants to extend the dismissal deadline of August 28, 2006. The parties' settlement requires the approval of the United States Bankruptcy Court for the District of Connecticut and the parties anticipate an additional thirty (30) days will be required to obtain this approval. A Motion to Approve Settlement was filed on July 19, 2006 and the motion yas not yet been acted upon by the Bankruptcy Court.

Wherefore, plaintiffs respectfully request that the dismissal deadline be extended to September 28, 2006.

PLAINTIFF

By: _____
John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Telephone No.: 860-527-7044
Juris No.: 304302
Federal Bar # CT15636

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>v.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>Defendants | : : : : : : : : : : | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>Plaintiffs,<br>v.<br><br>ASHER S. LEVITSKY, ET AL.<br>Defendants. | : : : : : : : : : | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397(RLK)<br><br>Adv. Pr. No. 02-02010(RLK)<br><br>AUGUST 23, 2006 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2006, a copy of the foregoing was filed electronically and served by first class mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____
John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Telephone No.: 860-527-7044
Juris No.: 304302
Federal Bar # CT15636