UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 AUG 31 P 4: 27

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CORLOGIX CORPORATION and THEODORE WILLIAM RUSSELL Plaintiffs v. | : : : : : | CIVIL ACTION NO.: 3:00 CV 1357 (AWT) Lead Case |
| ASHER LEVITSKY, P.C. and ASHER S. LEVITSKY Defendants | : : : : : : | |
| JOHN J. O'NEIL, TRUSTEE and THEODORE WILLIAM RUSSELL, Plaintiffs, v. ASHER S. LEVITSKY, ET AL. Defendants. | : : : : : : : : : : : | CIVIL ACTION NO. 3:02 CV 1611(AWT)  Bnkr. No. 01-22397(RLK)  Adv. Pr. No. 02-02010(RLK)  AUGUST 31, 2006 |

## MOTION TO DISMISS
### (with prejudice)

Based upon approval of the order dated August 24, 2006 of the Bankruptcy Court

for the District of Connecticut., Case No. 01-22397 approving the settlement in this

matter, plaintiffs move for the dismissal of the above-referenced actions with prejudice

and without costs.

PLAINTIFFS,

By:
Eliot B. Gersten (ct05213)
John J. Robacynski (ct15636)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Its Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CORLOGIX CORPORATION and<br>THEODORE WILLIAM RUSSELL<br>Plaintiffs<br>v.<br><br>ASHER LEVITSKY, P.C. and<br>ASHER S. LEVITSKY<br>Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.:<br>3:00 CV 1357 (AWT)<br>Lead Case |
| JOHN J. O'NEIL, TRUSTEE and<br>THEODORE WILLIAM RUSSELL,<br>Plaintiffs,<br>v.<br><br>ASHER S. LEVITSKY, ET AL.<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:02 CV 1611(AWT)<br><br>Bnkr. No. 01-22397(RLK)<br><br>Adv. Pr. No. 02-02010(RLK)<br><br>AUGUST 31, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, a copy of the foregoing was served by first class mail on all parties and counsel of record.

By:_____

John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Telephone No.: 860-527-7044
Juris No.: 304302
Federal Bar # CT15636